Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD.,<br>        *Plaintiff,*<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA), INC., and ZTE (TX) INC.,<br>        *Defendants.* | CASE NO. __'17CV2130 GPC JMA__<br><br>CYWEE GROUP LTD'S NOTICE OF FINANCIAL INTEREST |

   Pursuant to Civ. L.R. 40.2, Plaintiff CyWee Group Ltd. ("CyWee"), by and through the undersigned attorneys, makes the following disclosures:

   1. CyWee does not have a parent corporation, and

   2. No publicly held corporation owns 10% or more of CyWee's stock.

1

| | | |
|---|---|---|
| 1 | Dated: October 17, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Kent M. Walker |
| | | Kent M. Walker (State Bar No. 173700) |
| 4 | | kwalker@lewiskohn.com |
| | | LEWIS KOHN & WALKER LLP |
| 5 | | 15030 Avenue of Science, Suite 201 |
| | | San Diego, CA 92128 |
| 6 | | Tel: (858) 436-1330 |
| 7 | | Fax: (858) 436-1349 |

Michael W. Shore*
shore@shorechan.com
Alfonso Garcia Chan*
achan@shorechan.com
Ari Rafilson*
arafilson@shorechan.com
William D. Ellerman*
wellerman@shorechan.com
Christopher L. Evans*
cevans@shorechan.com
Paul E. Beeler*
pbeeler@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

(*Pro hac vice applications to be filed)

*Attorneys for Plaintiff CyWee Group Ltd.*