# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cywee Group Ltd<br><br>                                  Plaintiff,<br>V.<br><br>ZTE Corporation, et al.<br><br>                                  Defendant. | Case No.  17cv2130-GPC-JMA<br><br>REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

**FILED NOV 0 9 2017**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   "Low-Numbered Case No.:   17-cv-1102-BEN-RBB
       Title:   Cywee Group Ltd. v. LG Electronics, Inc., et al.
       Nature of Case:   830 Patent

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☒ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☐ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessay duplication of labor if heard by different judges.

**New Case #:**   17cv2130-BEN-RBB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   10/20/17                         By: s/ D. Gilbert
                                          D. Gilbert, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.
Dated: 11/08/107

_____
Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge Ruben B. Brooks for all further proceedings.

Dated: 11/09/17

_____
Gonzalo P. Curiel
United States District Judge