STEVEN A. MOORE (SBN 232114)
steven.moore@pillsburylaw.com
NICOLE S. CUNNINGHAM (SBN 234390)
nicole.cunningham@pillsburylaw.com
MATTHEW R. STEPHENS (SBN 288223)
matthew.stephens@pillsburylaw.com
LAUREN E. WARDLE (SBN 299769)
lauren.wardle@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:  619.234.5000
Facsimile:   619.236.1995

Attorneys for Defendants ZTE (USA), INC. and ZTE (TX), INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZTE CORPORATION, ZTE (USA), INC. and ZTE (TX), INC.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-02130-BEN-RBB<br><br>**DEFENDANTS ZTE (USA), INC. AND ZTE (TX), INC.'S CORPORATION DISCLOSURE STATEMENT**<br><br>DEMAND FOR JURY TRIAL |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants ZTE (USA), Inc.
2  and ZTE (TX), Inc. state the following:  ZTE Corporation is a publicly-traded corporation.  It does
3  not have a parent corporation; Shenzhen Zhongxingxin Telecommunications Equipment Company
4  Limited and HKSCC Nominees Limited each own more than 10% of ZTE Corporation's stock.

5  ZTE (USA), Inc. is a wholly-owned subsidiary of ZTE Corporation.

6  ZTE (TX), Inc. is a wholly-owned subsidiary of ZTE Hong Kong Ltd., which is in turn a
7  wholly owned subsidiary of ZTE Corporation.

9  Dated:  December 22, 2017                    PILLSBURY WINTHROP SHAW
                                                PITTMAN LLP

                                                 /s/ Steven A. Moore
12                                       By:    STEVEN A. MOORE
                                                NICOLE S. CUNNINGHAM
                                                MATTHEW R. STEPHENS
                                                LAUREN E. WARDLE
                                                Attorneys for Defendants
                                                ZTE (USA), INC. and ZTE (TX), INC.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on December 22, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

                                                  */s/Steven A. Moore*
                                                  Steven A. Moore, Esq.