CALLIE A. BJURSTROM (SBN 137816)
  callie.bjurstrom@pillsburylaw.com
STEVEN A. MOORE (SBN 232114)
  steven.moore@pillsburylaw.com
NICOLE S. CUNNINGHAM (SBN 234390)
  nicole.cunningham@pillsburylaw.com
SARA J. O'CONNELL (SBN 238328)
  sara.oconnell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:  619.234.5000
Facsimile:   619.236.1995

Attorneys for Defendant
ZTE (USA), INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CYWEE GROUP LTD., | Case No. 3:17-cv-02130-BEN-RBB |
|---|---|
| Plaintiff, | DEFENDANT ZTE (USA), INC.'S UNOPPOSED AMENDED *EX PARTE* NOTICE OF MOTION AND MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE DATE |
| v. | |
| ZTE (USA), INC., | |
| Defendant. | Current Date:     February 13, 2018<br>Requested Date:  March 28, 2018<br>Requested Time:  1:30 p.m.<br>Magistrate Judge: Ruben B. Brooks |

Pursuant to Local Civil Rules 83.3(g) and 7.1, Defendant ZTE (USA) Inc. hereby provides notice of its unopposed amended *ex parte* motion to continue the Early Neutral Evaluation ("ENE") conference in the above-captioned case to 1:30pm PST on Wednesday, March 28, 2018.  This motion is supported by the accompanying memorandum in support of the *ex parte* amended motion to continue the ENE conference date and declaration by Sara J. O'Connell.

Respectfully submitted,

Dated:  February 12, 2018            PILLSBURY WINTHROP SHAW
                                     PITTMAN LLP


                                      */s/ Sara J. O'Connell*
                           By:       SARA J. O'CONNELL
                                     Attorney for Defendant
                                     ZTE (USA), INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

*/s/ Sara J. O'Connell*
Sara J. O'Connell, Esq.