CALLIE A. BJURSTROM (SBN 137816)
  callie.bjurstrom@pillsburylaw.com
STEVEN A. MOORE (SBN 232114)
  steven.moore@pillsburylaw.com
NICOLE S. CUNNINGHAM (SBN 234390)
  nicole.cunningham@pillsburylaw.com
SARA J. O'CONNELL (SBN 238328)
  sara.oconnell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone:  619.234.5000
Facsimile:   619.236.1995

Attorneys for Defendant
ZTE (USA), INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ZTE (USA), INC.,<br><br>Defendant. | Case No. 3:17-cv-02130-BEN-RBB<br><br>DEFENDANT ZTE (USA), INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNOPPOSED AMENDED *EX PARTE* MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE DATE TO MARCH 28, 2018 |

1  Defendant ZTE (USA) Inc. ("ZTE") moves to continue the date of the Early
2  Neutral Evaluation ("ENE") Conference, currently scheduled at 2:00pm PST on
3  February 13, 2018, *see* ECF No. 26, until 1:30pm PST on Wednesday, March 28,
4  2018. Plaintiff Cywee Group Ltd. ("Cywee") does not oppose the instant motion.
5  *See* Decl. of S. O'Connell at ¶ 3. ZTE's original motion to continue the date of the
6  ENE conference and supporting materials at ECF No. 33 are incorporated herein.

7  ZTE requests that the date of the ENE conference be continued because the
8  corporate representative who planned to attend on its behalf is experiencing a medical
9  issue and must undergo a surgical procedure in Texas on February 13, 2018. *See*
10 ECF No. 33; *see also* ECF No. 33-2 at ¶ 2 (Decl. of S. O'Connell). Counsel for
11 Cywee was made aware of this problem almost immediately after counsel for ZTE
12 learned of the situation on Friday, February 9, 2018, and Cywee thereafter canceled
13 its plans to travel to San Diego for the ENE conference scheduled on February 13,
14 2018. *See* Decl. of S. O'Connell at ¶ 2. The parties have worked together to arrive at
15 a new date for the ENE conference, which is of course subject to the Court's
16 availability and approval. ECF No. 33-2 at ¶ 2 (Decl. of S. O'Connell). It appears
17 that is March 28, 2018 at 1:30pm PST is the earliest date on which both parties can
18 confirm that their corporate representatives are available to travel to San Diego,
19 California, and that is also available on the Court's schedule. *See* Decl. of S.
20 O'Connell at ¶ 3. ZTE therefore requests that the ENE conference be continued to
21 1:30pm PST on Wednesday, March 28, 2018.

22 Dated: February 12, 2018         PILLSBURY WINTHROP SHAW
23                                  PITTMAN LLP

24
25                          By:     */s/ Sara J. O'Connell*
                                    SARA J. O'CONNELL
26                                  Attorney for Defendant
                                    ZTE (USA), INC.
27
28
                                       2

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 12, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

                              */s/ Sara J. O'Connell*
                              Sara J. O'Connell, Esq.