FILED
JAN 1 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   MMG   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP, LTD., <br><br>                  Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br>                  Defendant. | Case No.: 3:17-cv-02130-BEN-RBB <br><br> **ORDER GRANTING JOINT MOTION TO STAY [Doc. 86]** |

Plaintiff CyWee Group Ltd. and Defendant ZTE (USA) Inc. jointly move for a stay of this action pending the final resolution, including any appeal, of *inter partes* review ("IPR") of the patents-in-suit. [Doc. 86.] On June 14, 2018, Google LLC filed petitions for IPR challenging certain claims in the patents at issue in this lawsuit: U.S. Patent Nos. 8,441,438 and 8,552,978. On December 11, 2018, the Patent Trial and Appeal Board instituted the IPR Proceedings on all challenged claims. Accordingly, the joint motion to stay is **GRANTED**, and this action is stayed pending final resolution, including any appeal, of IPR Proceedings on the patents-in-suit. The parties shall jointly notify the Court within **10 days** of the final resolution of IPR.

**IT IS SO ORDERED.**

DATED: January /4, 2019

HON. ROGER T. BENITEZ
United States District Judge