Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendant. | Case No. 3:17-cv-01230-BEN-RBB <br><br> PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL <br><br> Hon. Roger T. Benitez |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE

Plaintiff CyWee Group Ltd will and hereby does move for the withdrawal of Christopher L. Evans as counsel of record for CyWee in this matter. CyWee also requests that all electronic notices to Christopher L. Evans be terminated.

This Motion is not opposed by Defendants. CyWee's Memorandum of Points and Authorities in Support of this Unopposed Motion and Declaration of Ari Rafilson in Support of this Unopposed Motion are attached.

Pursuant to CivLR 83.3(f)(3), a copy of this Unopposed Motion, the Memorandum of Points and Authorities, and Declaration of Ari Rafilson in Support have been served on the adverse party and the client-party CyWee.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Christopher L. Evans in this case.

Dated: December 4, 2019

Respectfully submitted,

/s/ Ari Rafilson
Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)*
shore@shorechan.com
Alfonso Garcia Chan (*pro hac vice*)*
achan@shorechan.com
Christopher L. Evans (*pro hac vice*)*
cevans@shorechan.com
Ari Rafilson (*pro hac vice*)*
arafilson@shorechan.com
William D. Ellerman (*pro hac vice*)*
wellerman@shorechan.com
Paul E. Beeler (*pro hac vice*)*
pbeeler@shorechan.com
SHORE CHAN DEPUMPO LLP

901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

(*Admitted p*ro hac vice*)
*Attorneys for Plaintiff CyWee Group Ltd.*