Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendant. | Case No. 3:17-cv-02130-BEN-RBB <br><br> PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL <br><br> Hon. Roger T. Benitez |

Plaintiff CyWee Group Ltd ("CyWee") request the withdrawal of Christopher L. Evans as counsel of record for Cy Wee in this matter. Mr. Evans, CyWee, and Defendants have all consented to the withdrawal of Mr. Evans. CyWee requests this withdrawal because Mr. Evans is no longer with the firm Shore Chan DePumpo LLP. The remaining counsel of record will continue as CyWee's counsel.

When considering a motion to withdraw as counsel, the Court is to consider "(1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." *Edwards v. Wachovia Mortg.*, No. 10CV1763 WQH POR, 2011 WL 4591907, at *6 (S.D. Cal. Oct. 4, 2011). CyWee is seeking Mr. Evans's withdrawal because he has left the Shore Chan DePumpo LLP law firm and will no longer be able to participate in this case. CyWee has consented to the withdrawal and will suffer no prejudice. Further, no delay will result as CyWee is still represented by counsel of record and the case is currently stayed. Accordingly, the administration of justice will suffer no harm.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Christopher L. Evans in this case.

Dated: December 4, 2019

Respectfully submitted,

/s/ Ari Rafilson
Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)*
shore@shorechan.com
Alfonso Garcia Chan (*pro hac vice*)*
achan@shorechan.com
Christopher L. Evans (*pro hac vice*)*
cevans@shorechan.com

| | |
|---|---|
| 1 | Ari Rafilson (*pro hac vice*)* |
| 2 | arafilson@shorechan.com |
|   | William D. Ellerman (*pro hac vice*)* |
| 3 | wellerman@shorechan.com |
|   | Paul E. Beeler (*pro hac vice*)* |
| 4 | pbeeler@shorechan.com |
| 5 | SHORE CHAN DEPUMPO LLP |
|   | 901 Main Street, Suite 3300 |
| 6 | Dallas, Texas 75202 |
|   | Telephone: (214) 593-9110 |
| 7 | Facsimile: (214) 593-9111 |

(*Admitted p*ro hac vice*)
*Attorneys for Plaintiff CyWee Group Ltd.*