Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendant. | Case No. 3:17-cv-02130-BEN-RBB <br><br> DECLARATION OF ARI RAFILSON IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL <br><br> Hon. Roger T. Benitez |

I, Ari Rafilson, hereby declare and state as follows:

1. I am an attorney with the law firm Shore Chan DePumpo LLP, and am counsel of record for Plaintiff CyWee Group Ltd. ("CyWee") in this action. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. I make this Declaration in Support of CyWee's Notice of Motion and Unopposed Motion for Withdrawal of Counsel ("Unopposed Motion") of Christopher L. Evans in this matter.

3. A copy of CyWee's Unopposed Motion was served on the Defendants in this action and the client-party CyWee pursuant to CivLR 83.3(f)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2019.

/s/ Ari Rafilson