Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 3:17-cv-02130-BEN-RBB |
| *Plaintiff,* | **JOINT STATUS REPORT** |
| v. | DEMAND FOR JURY TRIAL |
| ZTE (USA), INC. | |
| *Defendant* | |

Pursuant to the Court's May 20, 2021 Order (ECF No. 96), Plaintiff CyWee Group Ltd. and Defendant ZTE (USA), Inc. respectfully submit the following Joint Status Report:

On February 17, 2021, the PTAB held the following claims invalid in an *inter partes* review proceeding filed by ZTE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claim Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 | 20-24 |

CyWee appealed the PTAB's final written decision in the ZTE IPR on April 8, 2021. That appeal is pending.

On January 9, 2020, the PTAB held the following claims invalid in two *inter partes* review proceedings filed by Google (the "Google IPRs").

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's final written decision in the Google IPRs. The Federal Circuit Court of Appeals affirmed that decision. On April 4, 2021 CyWee filed a petition for *en banc* review. That Federal Circuit has not yet ruled on that petition.

Because the appeals are pending, neither party requests lifting the stay at this time.

Dated: May 21, 2021

/s/ Ari Rafilson
Kent M. Walker
(State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore*
shore@shorechan.com
Alfonso Garcia Chan*
achan@shorechan.com
Ari Rafilson*
arafilson@shorechan.com
William D. Ellerman*
wellerman@shorechan.com
Paul T Beeler*
pbeeler@shorechan.com
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111
(* Admitted *Pro Hac Vice*)

**ATTORNEYS FOR CYWEE
GROUP LTD.**

/s/ Steve A. Moore
Steve A. Moore
(State Bar No. 232114)
Nicole S. Cunningham
(State Bar No. 234390)
Sara J. O'Connell
(State Bar No. 238328)
ZHONG LUN LAW FIRM
1717 Kettner Blvd., Suite 200
San Diego, CA 92101
Tel: (323) 930-5690
Fax: (323) 930-5693 (fax)
stevemoore@zhonglun.com
nicolecunningham@zhonglun.com
sarajoconnell@zhonglun.com

**ATTORNEYS FOR DEFENDANT
ZTE (USA) INC.**

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 21, 2021.

/s/ *Ari Rafilson*
Ari Rafilson