Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> ZTE (USA), INC. <br><br> *Defendant* | CASE NO. 3:17-cv-02130-BEN-RBB <br><br> **JOINT STATUS REPORT** <br><br> DEMAND FOR JURY TRIAL |

Pursuant to the Court's May 25, 2021 Order (ECF No. 98), Plaintiff CyWee Group Ltd. ("CyWee") and Defendant ZTE (USA), Inc. ("ZTE") respectfully submit the following Joint Status Report:

### The Google IPRs:

On January 9, 2020, the PTAB held the following claims invalid in the two IPR proceedings filed by Google (the "Google IPRs"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's final written decisions in the Google IPRs. The Federal Circuit Court of Appeals affirmed those decisions. On April 4, 2021, CyWee filed petitions for *en banc* review. The Federal Circuit denied those petitions on June 3, 2021. Mandates issued on June 10, 2021.

### The ZTE IPR:

On February 17, 2021, the PTAB held all challenged claims invalid in an *inter partes* review proceeding filed by ZTE (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 | 20-24 |

CyWee appealed the PTAB's final written decision in the ZTE IPR on April 8, 2021. On June 30, 2021, CyWee filed a motion requesting that the Federal Circuit

dismiss its appeal of the ZTE IPR and remand the matter to the USPTO for further proceedings in light of the Supreme Court's recent decision in *United States v. Arthrex, Inc.*, No. 19-1434, 2021 WL 2519433 (June 21, 2021) holding that "the unreviewable authority wielded by APJs during inter partes review is incompatible with their appointment by the Secretary to an inferior office." On July 14, 2021, the Federal Circuit issued an order (1) certifying CyWee's constitutional challenge to the Attorney General, (2) directing the Attorney General to inform the Court within 30 days whether the United States intends to intervene and, if so, to file any response to CyWee's motion to remand, (3) ordering appellee to file any response within that 30-day timeframe, and (4) staying the briefing schedule in the appeal.  On August 13, 2021, the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office informed the Federal Circuit of its intention to intervene and filed a response.

      Because the matters described above may affect claims in this case, neither party requests lifting the stay at this time.

Dated: August 23, 2021

| /s/ Ari Rafilson | /s/ Steve A. Moore |
|---|---|
| Kent M. Walker | Steve A. Moore |
| (State Bar No. 173700) | (State Bar No. 232114) |
| kwalker@lewiskohn.com | Nicole S. Cunningham |
| LEWIS KOHN & WALKER LLP | (State Bar No. 234390) |
| 15030 Avenue of Science, Suite 201 | Sara J. O'Connell |
| San Diego, CA 92128 | (State Bar No. 238328) |
| Tel: (858) 436-1330 | ZHONG LUN LAW FIRM |
| Fax: (858) 436-1349 | 1717 Kettner Blvd., Suite 200 |
| | San Diego, CA 92101 |
| Michael W. Shore* | Tel: (323) 930-5690 |
| shore@shorechan.com | Fax: (323) 930-5693 (fax) |
| Alfonso Garcia Chan* | stevemoore@zhonglun.com |
| achan@shorechan.com | nicolecunningham@zhonglun.com |
| Ari Rafilson* | sarajoconnell@zhonglun.com |
| arafilson@shorechan.com | |
| William D. Ellerman* | **ATTORNEYS FOR DEFENDANT** |
| wellerman@shorechan.com | **ZTE (USA) INC.** |
| Paul T Beeler* | |
| pbeeler@shorechan.com | |
| SHORE CHAN LLP | |
| 901 Main Street, Suite 3300 | |
| Dallas, Texas 75202 | |
| Tel: (214) 593-9110 | |
| Fax: (214) 593-9111 | |
| (* Admitted *Pro Hac Vice*) | |

**ATTORNEYS FOR CYWEE GROUP LTD.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 23, 2021.

/s/ *Ari Rafilson*
Ari Rafilson