Attorney for ZTE Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD. ) | Case No. 3:17-CV-02130 |
| ) | |
| ) | NOTICE OF CHANGE OF ADDRESS |
| ) | |
| vs. ) | |
| ) | |
| ZTE CORPORATION, et al. ) | |
| ) | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Steven A. Moore has changed ____ names, ✓ firms, ✓ addresses, ✓ phone numbers, and/or ____ fax numbers as follows.

Current contact information:

Steven A. Moore
MOORE IP LAW, PC
4321 Balboa Avenue, Suite 404
San Diego, CA 92117
(760) 807-8651

DATED: November 9, 2021            Signature: _/s/ Steven A. Moore_