Attorney for ZTE Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD. | Case No. 3:17-CV-02130 |
| vs. | NOTICE OF CHANGE OF ADDRESS |
| ZTE CORPORATION, et al. | |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Nicole S. Cunningham has changed ____ names, __✓__ firms, __✓__ addresses, __✓__ phone numbers, and/or ____ fax numbers as follows.

Current contact information:

Nicole S. Cunningham
MOORE IP LAW, PC
4321 Balboa Avenue, Suite 404
San Diego, CA 92117
(619) 742-0911

DATED: November 9, 2021            Signature: /s/ Nicole S. Cunningham