| | |
|---|---|
| 1 | Kent M. Walker (State Bar No. 173700) |
| 2 | kwalker@lewiskohn.com |
|   | LEWIS KOHN & WALKER LLP |
| 3 | 15030 Avenue of Science, Suite 201 |
|   | San Diego, CA 92128 |
| 4 | Tel: (858) 436-1330 |
|   | Fax: (858) 436-1349 |
| 5 | |
| 6 | ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE |
|   | *Attorneys for Plaintiff CyWee Group Ltd.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, | |
| Plaintiffs, | Case No. 3:17-cv-02130-BEN-RBB |
| v. | |
| ZTE (USA), INC., | PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | Hon. Roger T. Benitez |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE

Plaintiff CyWee Group Ltd. will and hereby does move for the withdrawal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler as counsel of record for CyWee in this matter. CyWee also requests that all electronic notices to Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler be terminated.

This Motion is not opposed by Defendant. CyWee's Memorandum of Points and Authorities in Support of this Unopposed Motion and Declaration of Ari Rafilson in Support of this Unopposed Motion are attached.

Pursuant to CivLR 83.3(f)(3), a copy of this Unopposed Motion, the Memorandum of Points and Authorities, and Declaration of Ari Rafilson in Support have been served on the adverse party and the client-party CyWee.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler in this case.

Dated: July 28, 2022                                Respectfully submitted,

                                                    /s/ Ari Rafilson
                                                    Kent M. Walker (State Bar No. 173700)
                                                    kwalker@lewiskohn.com
                                                    LEWIS KOHN & WALKER LLP
                                                    15030 Avenue of Science, Suite 201
                                                    San Diego, CA 92128
                                                    Tel: (858) 436-1330
                                                    Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)*
shore@shorechan.com
Alfonso G. Chan (*pro hac vice*)*
achan@shorechan.com
Ari Rafilson (*pro hac vice*)*
arafilson@shorechan.com
William D. Ellerman (*pro hac vice*)*
wellerman@shorechan.com
Paul T. Beeler (*pro hac vice*)*
pbeeler@shorechan.com
Shukri M. Abdi (*pro hac vice*)
sabdi@shorechan.com
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

(*Admitted p*ro hac vice*)

*Attorneys for Plaintiff CyWee Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served on July 28, 2022 with a copy of the foregoing document via the Court's CM/ECF system, per Local Rule CV-5.2 and Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(d)(2).

s/ *Ari Rafilson*
Ari Rafilson