1  Kent M. Walker (State Bar No. 173700)
   kwalker@lewiskohn.com
2  LEWIS KOHN & WALKER LLP
   15030 Avenue of Science, Suite 201
3  San Diego, CA 92128
   Tel: (858) 436-1330
4  Fax: (858) 436-1349

5
   ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
6  *Attorneys for Plaintiff CyWee Group Ltd.*

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10  CYWEE GROUP LTD,

11          Plaintiffs,                    Case No. 3:17-cv-02130-BEN-MSB

12       v.

13  ZTE (USA), INC.,                       PLAINTIFF'S MEMORANDUM OF
                                           POINTS AND AUTHORITIES IN
14          Defendant.                     SUPPORT OF ITS UNOPPOSED
                                           MOTION FOR WITHDRAWAL OF
15                                         COUNSEL

16                                         Hon. Roger T. Benitez

17

18

19

20

21

22

23

24

25

26

27

Plaintiff CyWee Group Ltd ("CyWee") requests the withdrawal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler as counsel of record for CyWee in this matter. Messrs. Chan, Rafilson, Ellerman and Beeler, CyWee, and Defendant have consented to the withdrawal of Messrs. Chan, Rafilson, Ellerman, and Beeler. CyWee requests this withdrawal because Messrs. Chan and Beeler are no longer with the firm of Shore Chan LLP and Messrs. Rafilson and Ellerman are leaving Shore Chan LLP. The remaining counsel of record will continue as CyWee's counsel.

When considering a motion to withdraw as counsel, the Court is to consider "(1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." *Edwards v. Wachovia Mortg.*, No. 10CV1763 WQH POR, 2011 WL 4591907, at *6 (S.D. Cal. Oct. 4, 2011). CyWee is seeking the withdrawal of Messrs. Chan, Rafilson, Ellerman and Beeler because they have left and/or are leaving the Shore Chan LLP law firm and will no longer be able to participate in this case. CyWee has consented to the withdrawal and will suffer no prejudice. Further, no delay will result as CyWee is still represented by counsel of record and the case is currently stayed. Accordingly, the administration of justice will suffer no harm.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler in this case.

Dated: July 28, 2022                     Respectfully submitted,


                                        /s/ Ari Rafilson
                                        Kent M. Walker (State Bar No. 173700)
                                        kwalker@lewiskohn.com
                                        LEWIS KOHN & WALKER LLP
                                        15030 Avenue of Science, Suite 201
                                        San Diego, CA 92128
                                        Tel: (858) 436-1330
                                        Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)*
mshore@shorechan.com
Alfonso G. Chan (*pro hac vice*)*
achan@shorechan.com
Ari Rafilson (*pro hac vice*)*
arafilson@shorechan.com
William D. Ellerman (*pro hac vice*)*
wellerman@shorechan.com
Paul T. Beeler (*pro hac vice*)*
pbeeler@shorecham.com
Shukri M. Abdi (*pro hac vice*)*
sabdi@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

(*Admitted p*ro hac vice*)
*Attorneys for Plaintiff CyWee Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served on July 28, 2022 with a copy of the foregoing document via the Court's CM/ECF system, per Local Rule CV-5.2 and Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(d)(2).

s/ *Ari Rafilson*
Ari Rafilson