1  Kent M. Walker (State Bar No. 173700)
   kwalker@lewiskohn.com
2  LEWIS KOHN & WALKER LLP
   15030 Avenue of Science, Suite 201
3  San Diego, CA 92128
   Tel: (858) 436-1330
4  Fax: (858) 436-1349
5
   ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
6  *Attorneys for Plaintiff CyWee Group Ltd.*
7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10 | CYWEE GROUP LTD,

11 |         Plaintiffs,                  | Case No. 3:17-cv-02130-BEN-MSB
12 |     v.
13 | ZTE (USA), INC..,                    | DECLARATION OF ARI RAFILSON IN
                                          | SUPPORT OF PLAINTIFF'S
14 |         Defendant.                   | UNOPPOSED MOTION FOR
                                          | WITHDRAWAL OF COUNSEL
15
                                          | Hon. Roger T. Benitez
16

I, Ari Rafilson, hereby declare and state as follows:

1. I am an attorney with the law firm Shore Chan LLP and am counsel of record for Plaintiff CyWee Group Ltd. ("CyWee") in this action. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. I make this Declaration in Support of CyWee's Notice of Motion and Unopposed Motion for Withdrawal of Counsel ("Unopposed Motion") of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler in this matter.

3. A copy of CyWee's Unopposed Motion was served on the Defendant in this action and the client-party CyWee pursuant to CivLR 83.3(f)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2022.

/s/ Ari Rafilson