# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD., <br>           Plaintiff, <br> v. <br> ZTE (USA), Inc., <br>           Defendant. | Case No.: 3:17-cv-02130-BEN-MSB <br><br> **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> **[ECF No. 102]** |

Before the Court is Plaintiff's Motion for Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler to be withdrawn as counsel of record. ECF No. 102. The Motion argues that the requirements of Local Rule 83.3(f) have met but states no reason for the withdrawal. *Id.* at 2; *see also* S.D. Cal. Civ. R. 83.3(f). However, because the Motion is unopposed, and the docket reflects that Plaintiff will continue to be represented by other attorneys of record, the Court **GRANTS** the Motion. The Clerk of Court shall update the docket to reflect the withdrawal of Alfonso Garcia Chan, Ari Rafilson, William D. Ellerman, and Paul T. Beeler as counsel of record for Plaintiff.

**IT IS SO ORDERED.**

DATED: September 30, 2022

HON. ROGER T. BENITEZ
United States District Judge

-1-

3:17-cv-02130-BEN-MSB