1  KENT M. WALKER (Bar No. 173700)
   kwalker@lewiskohn.com
2  MICHAEL T. LANE (Bar No. 248624)
   mlane@lewiskohn.com
3  **LEWIS KOHN & WALKER, L.L.P.**
   17085 Via Del Campo
4  San Diego, CA 92127
   Tel.: (858) 436-1330
5  Fax: (858) 436-1349

6  *Attorneys for Plaintiff*
   Cywee Group Ltd.
7

8  # UNITED STATES DISTRICT COURT

9  # SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cywee Group Ltd., | Case No. 3:17-cv-02130-BEN-MSB |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| ZTE Corporation, et al., | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Michael Lane, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Cywee Group, Ltd. My contact information is set forth below:

   MICHAEL T. LANE (Bar No. 248624)
   mlane@lewiskohn.com
   **LEWIS KOHN & WALKER, L.L.P.**
   17085 Via Del Campo
   San Diego, CA 92127
   Tel.: (858) 436-1330
   Fax: (858) 436-1349

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: December 22, 2022 | LEWIS KOHN & WALKER, LLP |
| 3 | | |
| 4 | | *s/ Michael Lane* |
| 5 | | Michael Lane<br>*Attorneys for Plaintiff* |
| 6 | | Cywee Group Ltd. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California. |
| 3 | |
| 4 | On December 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system. |
| 5 | |
| 6 | |
| 7 | I declare under penalty of perjury that the foregoing is true and correct and executed on December 22, 2022, in San Diego, California. |

*s/ Michael Lane*
Michael Lane
mlane@lewiskohn.com
*Attorney for Plaintiff*
Cywee Group Ltd.