Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92127
Tel: (858) 436-1330
Fax: (858) 436-1349

*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD,<br><br>        Plaintiffs,<br><br>    v.<br><br>ZTE Corporation, ET AL.,<br><br>        Defendants. | Case No. 3:17-cv-02130-BEN-RBB<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Kent Walker, withdraw my appearance in this action as counsel for Cywee Group Ltd.

Dated: December 28, 2022           Respectfully submitted,
                                    /s/ *Kent M. Walker*
                                    Kent M. Walker
                                    Attorney for Plaintiff CyWee Group Ltd.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action is registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

                */s Kent M. Walker*
                KENT M. WALKER
                kwalker@lewiskohn.com
                LEWIS KOHN & WALKER LLP
                KENT M. WALKER (173700)