Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD,<br><br>    Plaintiff,<br><br>    v.<br><br>ZTE (USA), INC.,<br><br>    Defendant. | Case No. 3:17-cv-02130-BEN-MMP<br><br>PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL<br><br>Hon. Roger T. Benitez |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE

Plaintiff CyWee Group Ltd. will and hereby does move for the withdrawal of Halima Shukri Ndai (formerly known as Shukri M. Abdi) as counsel of record for CyWee in this matter. CyWee also requests that all electronic notices to Halima Shukri Ndai be terminated.

This Motion is not opposed by Defendant. CyWee's Memorandum of Points and Authorities in Support of this Unopposed Motion and Declaration of Halima Shukri Ndai in Support of this Unopposed Motion are attached.

Pursuant to CivLR 83.3(f)(3), a copy of this Unopposed Motion, the Memorandum of Points and Authorities, and Declaration of Halima Shukri Ndai in Support have been served on the adverse party and the client-party CyWee.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Halima Shukri Ndai in this case.

Dated: April 5, 2024                                   Respectfully submitted,

/s/ *Halima Shukri Ndai*
Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)
shore@shorefirm.com
Halima Shukri Ndai (*pro hac vice*)
hndai@shorefirm.com
THE SHORE FIRM LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiff CyWee Group Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served on April 5, 2024 with a copy of the foregoing document via the Court's CM/ECF system, per Local Rule CV-5.2 and Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(d)(2).

                                        s/ *Halima Shukri Ndai*
                                        Halima Shukri Ndai