Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendant. | Case No. 3:17-cv-02130-BEN-MMP <br><br> PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL <br><br> Hon. Roger T. Benitez |

Plaintiff CyWee Group Ltd ("CyWee") requests the withdrawal of Halima Shukri Ndai (formerly known as Shukri M. Abdi) as counsel of record for CyWee in this matter. Ms. Ndai, CyWee, and Defendant have consented to the withdrawal of Ms. Ndai. CyWee requests this withdrawal because Ms. Ndai is leaving The Shore Firm LLP. The remaining counsel of record will continue as CyWee's counsel.

When considering a motion to withdraw as counsel, the Court is to consider "(1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." *Edwards v. Wachovia Mortg.*, No. 10CV1763 WQH POR, 2011 WL 4591907, at *6 (S.D. Cal. Oct. 4, 2011). CyWee is seeking the withdrawal of Halima Shukri Ndai because she is leaving The Shore Firm LLP and will no longer be able to participate in this case. CyWee has consented to the withdrawal and will suffer no prejudice. Further, no delay will result as CyWee is still represented by counsel of record and the case is currently stayed. Accordingly, the administration of justice will suffer no harm.

Therefore, CyWee respectfully requests that the Court grant the request for withdrawal of Halima Shukri Ndai in this case.

Dated: April 5, 2024

Respectfully submitted,

/s/ *Halima Shukri Ndai*
Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore (*pro hac vice*)
mshore@shorefirm.com
Halima Shukri Ndai (*pro hac vice*)
hndai@shorefirm.com
THE SHORE FIRM LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

*Attorneys for Plaintiff CyWee Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served on April 5, 2024 with a copy of the foregoing document via the Court's CM/ECF system, per Local Rule CV-5.2 and Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(d)(2).

s/ *Halima Shukri Ndai*
Halima Shukri Ndai