| | |
|---|---|
| 1 | Michael T. Lane (State Bar No. 248624) |
| 2 | mlane@lewiskohn.com<br>LEWIS KOHN & WALKER LLP |
| 3 | 17085 Via Del Campo<br>San Diego, CA 92128 |
| 4 | Tel: (858) 436-1330<br>Fax: (858) 436-1349 |
| 5 | |
| 6 | ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE<br>*Attorneys for Plaintiff CyWee Group Ltd.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br>    Plaintiff,<br><br>  v.<br><br>ZTE (USA), INC.,<br><br>    Defendant. | Case No. 3:17-cv-02130-BEN-MMP<br><br>DECLARATION OF HALIMA SHUKRI NDAI IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL<br><br>Hon. Roger T. Benitez |

I, Halima Shukri Ndai (formerly known as Shukri M. Abdi), hereby declare and state as follows:

1. I am an attorney with The Shore Firm LLP and am counsel of record for Plaintiff CyWee Group Ltd. ("CyWee") in this action. Dkt. 79. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

2. I make this Declaration in Support of CyWee's Notice of Motion and Unopposed Motion for Withdrawal of Counsel ("Unopposed Motion") of Halima Shukri Ndai in this matter.

3. A copy of CyWee's Unopposed Motion was served on the Defendant in this action and the client-party CyWee pursuant to CivLR 83.3(f)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2024.

/s/ *Halima Shukri Ndai*
Halima Shukri Ndai