Michael T. Lane (State Bar No. 248624)
mlane@lewiskohn.com
Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD, <br><br> Plaintiff, <br><br> v. <br><br> ZTE (USA), INC., <br><br> Defendant. | Case No. 3:17-cv-02130-BEN-MMP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AND TERMINATE ELECTRONIC NOTICES** <br><br> Hon. Roger T. Benitez |

Before the Court is Plaintiff CyWee Group Ltd.'s Unopposed Motion to Withdraw Halima Shukri Ndai (formerly known as Shukri M. Abdi) and Terminate Electronic Notices. The Court finds that the motion is well taken and is hereby GRANTED. Halima Shukri Ndai is hereby withdrawn as counsel for Plaintiff. The clerk shall terminate electronic notices to Halima Shukri Ndai.

IT IS SO ORDERED.