| | |
|---|---|
| 1 | Shore Chan LLP |
| | Michael Wayne Shore |
| 2 | Shukri M. Abdi |
| | 901 Main Street |
| 3 | Suite 3300 |
| | Dallas, TX 75202 |
| 4 | Telephone: (214)593-9140 |
| | mshore@shorefirm.com |
| 5 | sabdi@shorechan.com |

Lewis Kohn & Walker, LLP
Michael Thomas Lane
17085 Via Del Campo
San Diego, CA 92127
Telephone: (858)436-1330
mlane@lewiskohn.com

*Attorneys for Plaintiff*
*Cywee Group Ltd.*

Dority & Manning, P.A.
Nicole S. Cunningham (CA 234390)
Steven A. Moore (CA 232114)
2869 Historic Decatur Road
San Diego, California 92106
Telephone: (864)271-1592
ncunningham@dority-manning.com
smoore@dority-manning.com

Zhong Lun Law Firm LLP
Sara J. O'Connell
4322 Wilshire Boulevard
Suite 200
Los Angeles, CA 90010
Telephone: (323)930-5690
sarajoconnell@zhonglun.com

*Attorneys for Defendant*
*ZTE (USA), Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cywee Group Ltd., <br><br> Plaintiff, <br><br> v. <br><br> ZTE Corporation, et al., <br><br> Defendants. | Case No.: 3:17-cv-02130-BEN-MSB <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND 41(c)** |

**TO THE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Cywee Group Ltd. ("Cywee") and Defendant ZTE Corporation ("ZTE"), by and through their respective attorneys, jointly submit this motion to request the dismissal of all claims and counterclaims in the above-captioned case, in its entirety and with prejudice, each party to bear its own attorneys' fees and costs.

Dated: April 10, 2024                                          Respectfully Submitted,

                                                                                 /s/ Michael Wayne Shore
                                                                               Michael Wayne Shore
                                                                               Shore Chan LLP

                                                                               *Attorneys for Plaintiff*
                                                                               *Cywee Group Ltd.*

                              CASE NO. 3:17-CV-02130-BEN-MSB

| | | |
|---|---|---|
| 1 | Dated: April 10, 2024 | Respectfully Submitted, |
| 2 | | |
| 3 | | /s/ Steven A. Moore |
| | | Steven A. Moore |
| 4 | | Dority & Manning, P.A. |
| 5 | | *Attorneys for Defendant* |
| | | *ZTE (USA), Inc.* |