IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cywee Group Ltd.,<br><br>    Plaintiff,<br><br>  v.<br><br>ZTE Corporation, et al.,<br><br>    Defendants. | Case No.: 3:17-cv-02130-BEN-MSB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND 41(c)** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the parties have jointly moved to dismiss all claims and counterclaims in this case with prejudice, with each party to bear its own attorneys' fees and costs. The motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED:                                    By: _____
                                               Hon. Roger T. Benitez
                                               United States District Court Judge